UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blanca Correa,<br><br>        Plaintiff,<br><br>    -against-<br><br>NRP Food Solutions LLC and Nitin Pendharkar,<br><br>        Defendants. | 24-cv-5220 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff moved for a discovery conference on October 9, 2024. Dkt. 18. Defendants have not yet responded.

  The remote discovery conference will be held on **Monday, October 21, 2024 at 3:30 PM**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **834 612 574**, followed by the pound (#) sign.

  The parties should meet and confer in advance of the hearing, and defendants should submit a letter to the Court by **Friday, October 18, 2024 at 12:00 PM** if any disputes remain.

  SO ORDERED.

Dated: October 15, 2024
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge