UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blanca Correa, <br><br>         Plaintiff, <br><br>     -against- <br><br> NRP Food Solutions LLC and Nitin Pendharkar, <br><br>         Defendants. | 24-cv-5220 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff filed a joint letter requesting that the Court stay all proceedings pending a private mediation. Dkt. 21. In the alternative, plaintiff separately requested that the discovery conference scheduled for October 21, 2024 remain in place. *Id.* In response, defendants filed two letters joining in the request for a stay but also asking that the discovery conference be rescheduled due to defense counsel's unavailability on October 21, 2024. Dkts. 22 and 23.

  The request for a stay is DENIED. The Court does not stay all proceedings in anticipation of mediation. The request to reschedule the discovery conference is GRANTED; the conference is rescheduled to **October 30, 2024 at 11:00 AM**. The parties should meet and confer in advance of the hearing, and defendants should submit a letter to the Court by **October 29, 2024 at 12:00 PM** if any disputes remain. However, defense counsel is reminded to consult and become familiar with the Court's Individual Rules. The Rules include the requirements for letter-motions requesting adjournments. In addition, defense counsel is reminded of the need to monitor the docket. Defendants were required to meet and confer with the plaintiff before the October 21 conference and submit a letter to the Court by noon today if any disputes remained. Dkt. 19. Their request for an adjournment was filed after this deadline and only one business day before the scheduled conference. The Clerk of Court is respectfully directed to terminate Dkts. 21, 22, and 23.

  SO ORDERED.

Dated: October 18, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge