UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blanca Correa,<br><br>                              Plaintiff,<br><br>           -against-<br><br>NRP Food Solutions LLC and Nitin Pendharkar,<br><br>                              Defendants. | 24-CV-5220 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

In its order rescheduling the discovery conference to October 30, 2024 at 11:00 AM, the Court instructed the parties to meet and confer in advance of the hearing and ordered defendants to submit a letter to the Court by October 29, 2024 at 12:00 PM if any disputes remained. Dkt. 25.

No such letter has been filed, which indicates that no disputes remain. The discovery conference is thus adjourned *sine die*.

SO ORDERED.

Dated: October 30, 2024
       New York, New York

                                                    _____
                                                              ARUN SUBRAMANIAN
                                                           United States District Judge