UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLANCA CORREZ, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

          Plaintiff,

v.

NRP FOOD SOLUTIONS LLC and NITIN PENDHARKAR,

          Defendants.

Case No.: 1:24-cv-05220

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff BLANCA CORREZ hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated March 11, 2025, and annexed hereto as **Exhibit A**.

Dated: March 12, 2025

          Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Scott J. Steiner, Esq.
HOGAN, ROSSI & LIGUORI
3 Starr Ridge Rd, Suite 200
Brewster, NY 10509
845-279-2986
sjsteiner@hrllawyers.com
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.