UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLANCA CORREZ, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

              Plaintiff,

v.

NRP FOOD SOLUTIONS LLC and
NITIN PENDHARKAR,

              Defendants.

---

**Case No.**: 1:24-CV-05220

[~~PROPOSED~~]
**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants NRP FOOD SOLUTIONS LLC and NITIN PENDHARKAR (collectively "Defendants"), having offered to allow Plaintiff BLANCA CORREZ ("Plaintiff") to take a judgment against them, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 11, 2025 and filed as Exhibit A to Docket Number 40;

    **WHEREAS**, on March 12, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 40);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Blanca Correa, in the sum of $10,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 11, 2025 and filed as Exhibit A to Docket Number 40. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: March 13, 2025
       New York, New York

                                          Arun Subramanian, U.S.D.J.